In the Matter of ALMA M. FABRICIUS, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued October 4, 1943; decided October 14, 1943.

*Ignatius M. Wilkinson, Corporation Counsel (Paxton Blair* and *Nicholas Bucci* of counsel), for motion.

*Alma M. Fabricius,* in person, opposed.

Motion denied, with leave to renew on argument of appeal.